# Third District Court of Appeal

## State of Florida

Opinion filed March 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0940
Lower Tribunal No. 20-6391
_____

**Christopher Warren Prusaski,**
Appellant,

vs.

**Shutts & Bowen, LLP, etc., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Beck & Lee Trial Lawyers, and Jared H. Beck, and Elizabeth Lee Beck, for appellant.

Akerman LLP, and David P. Ackerman, and Jessica Bober Rosenthal (West Palm Beach); Klein Park & Lowe P.L., and Robert M. Klein, for appellees.

Before LINDSEY, GORDO, and BOKOR, JJ.

PER CURIAM.

Affirmed.